Moss *against* AVERILL. — THE SAME *against* JUDSON.

THESE causes involved the same questions, having been three times argued, and the court being equally divided upon the question of affirmance or reversal, the judgments of the court below, in favor of the plaintiff, were affirmed, in pursuance of section 14 of the Code of Procedure.